UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | |
| Muhammad Aabdin | 21-MJ-03458 |
| Defendant(s). | |

-------------------------------------------------------------X

Defendant Muhammad Aabdin hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

MUHAMMAD AABDIN
Print Defendant's Name

_____
Defendant's Counsel's Signature

BENJAMIN GOLD
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/30/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge